UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Fatemah Sepehrara and Golnaz Farahvashi

                Plaintiffs,

    -against-

Thomas Ridge, Secretary, U.S. Department of
Homeland Security; and Eduardo Aguirre,
Director, U.S. Citizenship & Immigration
Services,

                Defendants.
-----------------------------------------------------------x

ORDER OF DISMISSAL
CV-04-2135 (ILG)

GLASSER, United States District Judge

A hearing having been held on the defendant's motion to dismiss, the motion is granted for all the reasons reflected in the record.

Dated:      Brooklyn, New York
             February, 3 2006

                                              I. Leo Glasser
                                              United States District Judge

Copies of this order were sent to:

Jerold Wolin, Esq.

Wolin & Wolin
420 Jericho Turnpike, #215
Jericho, New York, 11753

Attorney for Plaintiffs


Scott Dunn
Assistant U.S. Attorney
Eastern District of New York
One Pierrepont Plaza, 14th Fl.
Brooklyn, New York 11201

Attorney for Defendants